```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mary West, on behalf of herself and all others similarly situated,

          Plaintiff,

-against-

Baobab Collection Inc.,

          Defendant.

1:20-cv-03417 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case has been assigned to me for general pretrial management. (ECF No. 5.) The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a Telephone Conference on Wednesday, June 24, 2020 at 2:00 p.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:    New York, New York
               June 15, 2020

_____
STEWART D. AARON
United States Magistrate Judge