USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mary West, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

Baobab Collection Inc.,

        Defendant.

1:20-cv-03417 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In light of the parties' Notice of Settlement (ECF No. 8), the Telephone Conference scheduled for today, June 24, 2020, is hereby canceled.

**SO ORDERED.**

DATED:  New York, New York
      June 24, 2020

_____
STEWART D. AARON
United States Magistrate Judge